IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>NICHOLAS M. DELANO,<br><br>             Defendant. | **8:17CR92**<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

      The defendant appeared before the Court on June 14, 2023 regarding Amended Petition for Offender Under Supervision [106]. Julie Hansen represented the defendant. Mikala Purdy-Steenholdt represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The government made an oral motion to dismiss Petition for Offender Under Supervision [88]. The government's oral motion to dismiss Petition for Offender Under Supervision [88] is granted without objection.

      The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Chief Judge Robert F. Rossiter Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on August 2, 2023.

      The government moved for detention based upon risk of flight and danger. The defendant requested a continuance of the detention hearing. The detention hearing is continued to U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:00 a.m. on June 28, 2023. The defendant will remain detained pending further order of the court.

      **IT IS SO ORDERED**.

      Dated this 14th day of June, 2023.

                                                                                 BY THE COURT:

                                                                                 s/ Susan M. Bazis
                                                                                 United States Magistrate Judge